IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| CAZIM CAUSEVIC, on behalf of plaintiff and the classes defined below, | ) ) ) ) | |
| Plaintiff, | ) ) | 18 C 7176 |
| vs. | ) ) ) | Judge Alonso |
| | ) | Magistrate Judge Valdez |
| DIRECT ENERGY SERVICES, LLC, and DOES 1-10, | ) ) ) ) | |
| Defendants. | ) | |

## NOTICE OF SETTLEMENT

Plaintiff Cazim Causevic and Defendant Direct Energy Services, LLC have resolved this matter on an individual basis. The parties are working on completing the settlement documents and anticipate filing a stipulation of dismissal in October, 2019.

Respectfully submitted,

s/ Heather Kolbus
Daniel A. Edelman
Heather Kolbus
EDELMAN, COMBS, LATTURNER
    & GOODWIN, LLC
20 S. Clark Street, Suite 1500
Chicago, IL 60603
(312) 739-4200

s/ William B. Thomas (w/ consent)
William B. Thomas
McDowell Hetherington, LLP
1001 Fannin Street, Suite 2700
Houston, TX 77002
(713) 337-5580

Joshua M. Feagans
Griffin | Williams LLP
21 N. Fourth Street
Geneva, IL 60134
(630) 524-2563

## **CERTIFICATE OF SERVICE**

      I, Heather Kolbus, hereby certify that on August 29, 2019, I caused a true and accurate copy of the foregoing document to be filed with the Court's CM/ECF system, which caused notice via email to be sent to the following:

    William B. Thomas - William.thomas@mhllp.com
    McDowell Hetherington, LLP
    1001 Fannin Street, Suite 2700
    Houston, Texas 77002

    Joshua M. Feagans - jfeagans@gwllplaw.com
    Griffin | Williams LLP
    21 N. Fourth St.
    Geneva, Illinois 60134

                                            s/ Heather Kolbus
                                            Heather Kolbus

Daniel A. Edelman
Heather Kolbus
EDELMAN, COMBS, LATTURNER
    & GOODWIN, LLC
20 S. Clark Street, Suite 1500
Chicago, IL 60603
(312) 739-4200
(312) 419-0379 (FAX)