IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| CAZIM CAUSEVIC, on behalf of plaintiff and the classes defined below, | ) ) ) ) | |
| Plaintiff, | ) ) | 18 C 7176 |
| vs. | ) ) ) | Judge Alonso Magistrate Judge Valdez |
| DIRECT ENERGY SERVICES, LLC, and DOES 1-10, | ) ) ) ) | |
| Defendants. | ) | |

## **STIPULATION OF DISMISSAL**

Plaintiff Cazim Causevic and Defendant Direct Energy Services, LLC, by and through their undersigned counsel, hereby stipulate pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) to the dismissal of Plaintiff Cazim Causevic's individual claims against Defendant Direct Energy Services, LLC. with prejudice and without costs.  Plaintiff Cazim Causevic voluntarily dismisses his class claims against defendant Direct Energy Services, LLC without prejudice and without costs.  Plaintiff Cazim Causevic voluntarily dismisses his claims against John Does 1-10 without prejudice and without costs.

Respectfully submitted,

| | |
|---|---|
| s/ Heather Kolbus<br>Daniel A. Edelman<br>Heather Kolbus<br>EDELMAN, COMBS, LATTURNER<br>      & GOODWIN, LLC<br>20 S. Clark Street, Suite 1500<br>Chicago, IL  60603<br>(312) 739-4200 | s/ William B. Thomas (w/ consent)<br>William B. Thomas<br>McDowell Hetherington, LLP<br>1001 Fannin Street, Suite 2700<br>Houston, TX  77002<br>(713) 337-5580<br><br>Joshua M. Feagans<br>Griffin \| Williams LLP |

1

21 N. Fourth Street
Geneva, IL  60134
(630) 524-2563

2

**CERTIFICATE OF SERVICE**

   I, Heather Kolbus, hereby certify that on October 31, 2019, I caused a true and accurate copy of the foregoing document to be filed with the Court's CM/ECF system, which caused notice via email to be sent to the following:

  William B. Thomas - William.thomas@mhllp.com
  McDowell Hetherington, LLP
  1001 Fannin Street, Suite 2700
  Houston, Texas 77002

  Joshua M. Feagans - jfeagans@gwllplaw.com
  Griffin | Williams LLP
  21 N. Fourth St.
  Geneva, Illinois 60134

                  s/ Heather Kolbus
                  Heather Kolbus

Daniel A. Edelman
Heather Kolbus
EDELMAN, COMBS, LATTURNER
  & GOODWIN, LLC
20 S. Clark Street, Suite 1500
Chicago, IL 60603
(312) 739-4200
(312) 419-0379 (FAX)