UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.1
Eastern Division

Cazim Causevic

         Plaintiff,

v.                 Case No.: 1:18−cv−07176
                 Honorable Jorge L. Alonso

Direct Energy Services, LLC, et al.

         Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, November 12, 2019:

   MINUTE entry before the Honorable Jorge L. Alonso: A stipulation to dismiss has been filed. This case is dismissed with prejudice as to individual claims against Defendant Direct Energy Services, LLC. The class claims against defendant Direct Energy Services, LLC and Plaintiff's claims against John Does 1–10 are voluntarily dismissed without prejudice. All pending motions and deadlines are stricken. Civil Case Terminated. Notice mailed by judge's staff (lf, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.